UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | *25 CR 160 JNE/DTS* |
| | ) | **INDICTMENT** |
| Plaintiff, | ) | |
| | ) | 8 U.S.C. § 1326(a) |
| v. | ) | |
| | ) | |
| JOSE ALEJANDRO VALENCIA | ) | |
| PASTRANA, | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
### (Reentry of Removed Alien)

On or about February 26, 2025, in the State and District of Minnesota, the defendant,

**JOSE ALEJANDRO VALENCIA PASTRANA,**

an alien, was found in the United States after having been removed therefrom on or about March 21, 2019, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission to the United States, all in violation of Title 8, United States Code, Sections 1326(a).

A TRUE BILL

_____         _____
ACTING UNITED STATES ATTORNEY            FOREPERSON

SCANNED
APR 2 4 2025 LT
U.S. DISTRICT COURT MPLS